UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: **LINO DE LA CRUZ**    JOINT DEBTOR: **JENNY DE LA CRUZ**    CASE NO. **09-26098-BKC-RAM**
Last four digits of SS No. 6400    Last four digits of SS No. 8001

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

A. **$278.40** for months **1** to **60**, beginning **September 3, 2009**;

**Administrative**: Attorney's Fees: $6,500.00; Paid Fees: $3,000.00; Balance Due: $3,500.00; payable $233.34/mo. (Mos. 1 to 15)
**Secured Creditors**: [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

1. ASC - (1st Mortgage Investment Property #1)
POB 10388          - The mortgage account with this creditor will be
Des Moines, IA 50306 - treated outside the Chapter 13 Plan.
Acct #1205328851

2. TAYLOR RANCH COMMUNITY ASSOCIATION (Maintenance Investment Property #1)
7740 N 16 St. Ste 300 - The account with this creditor will be treated
Phoenix AZ 85020      - outside the Chapter 13 Plan.

3. LITTON LOAN SERVICES (1st Mortgage Investment Property #2)
4828 Loop Control Dr. - The mortgage account with this creditor will be
Houston, TX 77210     - treated outside the Chapter 13 Plan.
Acct #100199587

4. FIRST AMERICAN TITLE (1st Mortgage Investment Property #3)
c/o First United Realty Inc. - The mortgage account with this creditor will be
555 E. Van Buren St., Ste 210 - treated outside the Chapter 13 Plan.
Phoenix, AZ 85008
Acct #355233050

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3

1. SELECT PORTFOLIO (2nd Mortgage Investment Property #1) - The value of the investment property #1 is $92,843.00. The payoff of the first mortgagee ASC is $178,550.24. Therefore, as there is no equity after the first mortgage, the second mortgage due to Select Portfolio in the amount of $44,323.78 and the maintenance due to Taylor Ranch Community in the amount of $175.00 will be stripped off and avoided.

2. LITTON LOAN SERVICES (2nd Mortgage Investment Property #2) - The value of the investment property #2 is $145,541.00. The payoff of the first mortgagee Litton Loan Services is $352,000.00. Therefore, as there is no equity after the first mortgage, the second mortgage due to Litton Loan Services in the amount of $84,226.00 will be stripped off and avoided.

3. TRU WEST FEDERAL CREDIT UNION – VALUE OF A 2006 NISSAN QUEST and warranty, if applicable, $9,925.00; Payment; $17.22/mo. (Mos. 1 to 15) and $250.56/mo. (Mos. 16 to 59) [payments include 5.25% interest]

LF-31 (rev. 06/02/08)

**4. HONDA FINANCIAL** - The automobile lease with this creditor for the **2006 HONDA RIDGELINE** is assumed and shall be paid outside the Chapter 13 Plan.

<u>**Priority Creditors**</u>: [As defined in 11 U.S.C. Section 507]

<u>**NONE**</u>

<u>**Unsecured Creditors**</u>: Payable: $250.56/mo. (Mo. 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

The debtor is owed #113,900.00 from Ramon Henriquez. If any of this mone is collected, the debtors will pay that amount to the Chapter 13 Trustee for the benefit of the unsecured creditors.

Dated: August 18, 2009

                                              THE BANKRUPTCY RESOURCE CENTER
                                              Attorneys for Debtor(s)
                                              10 N.W. LeJeune Road, Suite 620
                                              Miami, FL  33126-5431
                                              (305) **443-4217**
                                              Pleadings@bkclawmiami.com


                                              By <u>/s/                            </u>
                                                    Michael J. Brooks
                                                    Florida Bar No. 434442