UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
FIRST AMENDED **CHAPTER 13 PLAN** (Individual Adjustment of Debts)

DEBTOR: **LINO DE LA CRUZ**    JOINT DEBTOR: **JENNY DE LA CRUZ**    CASE NO. **09-26098-BKC-RAM**
Last four digits of SS No. 6400           Last four digits of SS No. 8001

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

A. **$278.40** for months **1** to **60**, beginning **September 3, 2009**;

**Administrative**: Attorney's Fees: $5,725.00; (3,500.00-Base; $150.00-Cost; $775.00-Motion to Value Real Property; $775.00-Motion to Value Real Property; $525.00-Motion to Value Personal Property) Paid Fees: $3,000.00; Balance Due: $2,725.00; payable $151.39/mo. (Mos. 1 to 18)
**Secured Creditors**: [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

1. **ASC - (1st Mortgage Investment Property #1)**
POB 10388              - The mortgage account with this creditor will be
Des Moines, IA 50306   - treated outside the Chapter 13 Plan.
Acct #1205328851

2. **TAYLOR RANCH COMMUNITY ASSOCIATION (Maintenance Investment Property #1)**
7740 N 16 St. Ste 300  - The account with this creditor will be treated
Phoenix AZ 85020       - outside the Chapter 13 Plan.

3. **LITTON LOAN SERVICES (1st Mortgage Investment Property #2)**
4828 Loop Control Dr.  - The mortgage account with this creditor will be
Houston, TX 77210      - treated outside the Chapter 13 Plan.
Acct #100199587

4. **FIRST AMERICAN TITLE (1st Mortgage Investment Property #3)**
c/o First United Realty Inc. - The mortgage account with this creditor will be
555 E. Van Buren St., Ste 210 - treated outside the Chapter 13 Plan.
Phoenix, AZ 85008
Acct #355233050


**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

1. **SELECT PORTFOLIO (2nd Mortgage Investment Property #1)** - The value of the investment property #1 is $92,843.00. The payoff of the first mortgagee ASC is $178,550.24. Therefore, as there is no equity after the first mortgage, the second mortgage due to Select Portfolio in the amount of $44,323.78 and the maintenance due to Taylor Ranch Community in the amount of $175.00 will be stripped off and avoided.

2. **LITTON LOAN SERVICES (2nd Mortgage Investment Property #2)** - The value of the investment property #2 is $145,541.00. The payoff of the first mortgagee Litton Loan Services is $352,000.00. Therefore, as there is no equity after the first mortgage, the second mortgage due to Litton Loan Services in the amount of $84,226.00 will be stripped off and avoided.

3. **TRU WEST FEDERAL CREDIT UNION** - VALUE OF A 2006 NISSAN QUEST and warranty, if applicable, $9,925.00; Payment; $99.17/mo. (Mos. 1 to 18) and $250.56/mo. (Mos. 19 to 56) [payments include 5.25% interest]

LF-31 (rev. 06/02/08)

**4. HONDA FINANCIAL** - The automobile lease with this creditor for the **2006 HONDA RIDGELINE** is assumed and shall be paid outside the Chapter 13 Plan.

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

**NONE**

**Unsecured Creditors**: Payable: $250.56/mo. (Mo. 57 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

The debtor is owed #113,900.00 from Ramon Henriquez. If any of this mone is collected, the debtors will pay that amount to the Chapter 13 Trustee for the benefit of the unsecured creditors.

Dated: October 13, 2009

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A) (1) and (2) and that a true and correct copy of the foregoing was e-mailed Nancy Herkert, Trustee, e2c8f01@ch13herkert.com and mailed to all creditors on October 13, 2009.

THE BANKRUPTCY RESOURCE CENTER
Attorney for Debtor(s)
10 N.W. LeJeune Road, Suite 620
Miami, FL  33126-5431
(305) **443-4217**
Pleadings@bkclawmiami.com


By /s/
Michael J. Brooks
Florida Bar No. 434442


LF-31 (rev. 06/02/08)