

**ORDERED in the Southern District of Florida on January 21, 2010.**

_____

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:

LINO DE LA CRUZ and                           Case No. 09-26098-RAM
JENNY DE LA CRUZ,

    Debtors.                                  Chapter 7
_____/

**ORDER GRANTING MOTION TO LIFT AUTOMATIC STAY**

THIS CAUSE came on for consideration by negative notice pursuant to Local Rule 4001-1(C) upon the Motion to Lift Automatic Stay ("Motion") [Docket No. 97] filed by TRUWEST CREDIT UNION (hereinafter "Creditor").  An Affidavit of Indebtedness is filed in support of the Motion.  The Court reviewed the Motion together with the record, and finds that neither the Trustee nor the Debtors have filed a response to the Motion.  Therefore, the Court finds that cause exists for

the relief sought, and that the Motion should be granted.  Accordingly it is

ORDERED:

1.       The Motion is GRANTED, and the stay under 11 U.S.C. § 362 is modified to permit

Creditor to repossess or otherwise enforce its security interest in property described as a **2006**

**NISSAN QUEST SPECIAL EDITION, VIN: 5N1BV28U76N127879** ("Collateral").

2.       This Order is entered for the sole purpose of allowing Creditor to obtain an <u>in</u> <u>rem</u>

judgment against the Collateral, provided that the Creditor shall not seek or obtain an <u>in</u> <u>personam</u>

judgment against the Debtors.

3.       The 14 day stay period pursuant to Bankruptcy Rule 4001(a)(3) is waived, and

Creditor may immediately enforce and implement this Order.


###


Submitted by:

David E. Hicks, Esq.
Attorney for Truwest Credit Union
Dennis LeVine & Associates, P.A.
P.O. Box 707
Tampa, FL  33601-0707
(813) 253-0777


(Attorney Hicks shall mail to Debtor; Debtor's Attorney and the Trustee a conformed copy of the
Order immediately upon receipt.)