

**ORDERED in the Southern District of Florida on March 19, 2010.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA -  MIAMI DIVISION

CASE NO. 09-26098-RAM
CHAPTER 7 CASE

IN RE:

Lino De la Cruz and Jenny De la Cruz,
    Debtor(s).

**ORDER LIFTING THE AUTOMATIC STAY
IN FAVOR OF WELLS FARGO BANK**

**THIS CASE** came before the Court on the Motion for Relief from the Automatic Stay (Docket No. 120) filed pursuant to Local Rule 4001-1(C) by Wells Fargo Bank, N.A. dba America's Servicing Company as Servicer for US Bank National Association, as Trustee for CSAB 2006-4, its Successors and/or Assigns ("Secured Creditor"), and there being no objections to the entry of this Order within the 14 day negative notice period set forth therein, and the Court being otherwise more fully advised in the premises, it is:

**ORDERED**:

1.    Secured Creditor's Motion for Relief from the Automatic Stay is granted.

2.     The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at 41078 North Salix Drive, Queen Creek, Arizona 85242, legally described as:

> **LOT 140, OF TAYLOR RANCH, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN CABINET F, SLIDE 106.**

3.     This Order lifting the automatic stay is entered for the sole purpose of allowing Wells Fargo Bank, N.A. dba America's Servicing Company as Servicer for US Bank National Association, as Trustee for CSAB 2006-4, its Successors and/or Assigns to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4.     Secured Creditor is hereby awarded its attorneys' fees of $550.00 and costs of $150.00 which were incurred in filing its Motion for Relief from the Automatic Stay and said fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the remedies available therein but shall not be a personal liability of the Debtor.

5.     The Court waives the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) so that Secured Creditor may pursue its *in rem* remedies without further delay.

6.     All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

###

**Order submitted by:**
Erik C. Fritz, Esq.
Attorney for Wells Fargo Bank
Law Offices of David J. Stern, P.A.
900 South Pine Island Road, Suite 400
Plantation, FL 33324
(954)233-8000 Extension 1852


**Erik C. Fritz is directed to serve copies of this order on the parties listed and file a certificate of service.**

Lino De la Cruz and Jenny De la Cruz
4730 NW 107 Ave #1110
Miami, FL 33178

Drew M Dillworth, Trustee
2200 Museum Tower
150 West Flagler St
Miami, FL 33130

Office of the U. S. Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Michael A. Frank, Esq.
10 NW LeJeune Rd #620
Miami, FL 33126

James B Miller, Esq.
Attorney for Trustee
19 W Flagler St #416
Miami, FL 33130


09-59903 (ASCF).mfr