**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO.: 09-26098-RAM
CHAPTER:7

In re:

Lino De La Cruz and
Jenny De La Cruz ,

_____Debtor(s)_____/

**CERTIFICATE OF NO RESPONSE
AND REQUEST FOR ENTRY OF ORDER**

  LITTON LOAN SERVICING, LP., AS SERVICING AGENT FOR BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2006, GSAMP TRUST 2006-HE3, it successors and/or its assigns, has filed a Motion for Relief of Automatic Stay dated May May 21, 2010**,** pursuant to Local FRBP 4001.1(c). Movant hereby represents:

  1. The motion and proposed Order (where required by the Local Rules) was timely served on all interested parties pursuant to the referenced rule as is shown on the certificate of service previously filed with the motion.

  2. The motion contained the bulletin required by the referenced rule.

  3. The deadline for response to the motion was June 5, 2010**.**

  4. No objections to or requests for hearing on the motion have been received, and as of June 7, 2010**,** a check of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the motion have been filed.

B&H # 283644

   WHEREFORE, Movant seeks the entry of an order, in the form, which accompanies this certificate, granting the requested relief.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090

   DATED: June 7, 2010.

                Butler & Hosch, P.A.

                /s/Jan S. McLaughlin

                _____
                Jan S. McLaughlin, Esquire
                Butler & Hosch, P.A.
                3185 S. Conway Road, Suite E
                Orlando, Florida 32812
                Florida Bar No: 0925860
                (407) 282-1401
                Fax No: (407) 381-5577
                Attorney for Creditor