

**ORDERED in the Southern District of Florida on June 07, 2010.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  09-26098-RAM

In re:

Lino De La Cruz and
Jenny De La Cruz ,

_____Debtor(s)____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
### RE: DOCUMENT #135

This case is before the Court on the Motion For Relief From Automatic Stay filed by **LITTON LOAN SERVICING, LP., AS SERVICING AGENT FOR BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2006, GSAMP TRUST 2006-HE3,** on May 21, 2010. No appropriate response having been filed in accordance with local rule 4001.1(c), it is hereby

ORDERED:

1. The Motion for Relief from the Automatic Stay is Granted.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and it may

proceed with the foreclosure of its lien on the following property:

    LOT 142, VINEYARD ESTATES ACCORDING TO CABINET D, SLIDE

    188, RECORDS OF PINAL COUNTY, ARIZONA

    3.  This Order is entered for the sole purpose of allowing Movant to obtain an <u>in rem</u> judgment against the property and Movant shall not seek an <u>in personam</u> judgment against the Debtors.

####
Order prepared by Jan S. McLaughlin, Esquire, Esquire
Copies to be furnished and Certificate of Service
to be filed by Jan S. McLaughlin, Esquire, Esquire, upon
entry of the order by the Court

Copies Furnished to:

Debtor: Lino De La Cruz
4730 NW 107 Avenue #1110
Miami, FL 33178

Debtor: Jenny De La Cruz
4730 NW 107 Avenue #1110
Miami, FL 33178

Debtor Attorney: Michael A. Frank, Esq
10 NW LeJeune Road #620
Miami, FL 33126

Bankruptcy Trustee: Drew M. Dillworth
2200 Museum Tower
150 W Flagler Street
Miami, FL 33130

United States Trustee: Office of the US Trustee
United States Trustee- Miami
51 SW 1st Avenue
Suite 1204
Miami, FL 33130

Movant: Litton Loan Servicing, LP., et al
Jan S. McLaughlin, Esquire, Esquire
c/o Butler & Hosch, P.A.
3185 South Conway Road, Suite E
Orlando, FL  32812

B&H # 283644